UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OBA LEE FRELIMO,

    Petitioner,

v.

BPH MEMBERS, et al.,

    Respondents.

Case No. 21-cv-04997-YGR (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On June 29, 2021, Petitioner, a state prisoner, filed the present petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On the same day the action was filed, the Court sent a notification to Petitioner informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's *in forma pauperis* application. The Clerk of the Court sent Petitioner a blank *in forma pauperis* application and told him that he must pay the fee or return the completed application within twenty-eight days or his action would be dismissed.

More than twenty-eight days have passed and Petitioner has not paid the filing fee, returned the *in forma pauperis* application or otherwise communicated with the Court.

IT IS HEREBY ORDERED THAT this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: September 3, 2021

_____
JUDGE YVONNE GONZALEZ ROGERS
United States District Judge