UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OBA LEE FRELIMO,

        Petitioner,

    v.

BPH Members, et al.,

        Respondents.

Case No. 21-cv-04997-YGR (PR)

**JUDGMENT**

    For the reasons set forth in this Court's Order of Dismissal Without Prejudice,

    IT IS ORDERED AND ADJUDGED

    That Petitioner take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

    IT IS SO ORDERED.

Dated: September 3, 2021

_____
JUDGE YVONNE GONZALEZ ROGERS
United States District Judge